UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22900-CIV-ALTONAGA/White

CHESTER POTASH,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT

**THIS CAUSE** came before the Court upon Magistrate Judge Patrick A. White's Report ("Report") [D.E. 12], filed on June 16, 2008. On November 7, 2007, Petitioner, Chester Potash ("Potash"), filed a Motion to Vacate, Set Aside, or Correct his Sentence ("Motion to Vacate") [D.E. 1] pursuant to 28 U.S.C. § 2255. The Court referred the Motion to Vacate to Magistrate Judge White under 28 U.S.C. § 636(b)(1)(B). Judge White recommends that the motion be denied. Potash has not filed any objections to Judge White's Report and the time for filing objections has passed. The undersigned presided over Potash's criminal proceedings. The Court has also carefully reviewed Judge White's Report, the parties' written submissions, and the applicable law, and has conducted a *de novo* review of the record. Based on this review, the undersigned is in full agreement with the analysis and recommendations stated in Judge White's Report. Accordingly, it is

**ORDERED AND ADJUDGED** that Judge White's Report [D.E. 12] is **AFFIRMED AND ADOPTED** in total as follows:

1.    Mr. Potash's Motion [D.E. 1] is **DENIED**.

Case No. 07-22900-CIV-ALTONAGA/White

2.       The Clerk of the Court is instructed to **CLOSE** the case.

3.       All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of July, 2008.

*Cecilia M. Altonaga*

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)      Magistrate Judge Patrick A. White
(2)      All counsel of record
(3)      Chester Potash, *pro se*

2